IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                             CRIMINAL NO. 3:11cr11DCB-FKB

MICHAEL LONG PARKERSON                                      DEFENDANT

## FINAL ORDER OF FORFEITURE

Before the Court is the Government's Motion for Final Order of Forfeiture. [Doc. #30].

Having reviewed the motion, the Court finds that it is well taken and should be GRANTED.

In support of its ORDER, the Court finds as follows:

WHEREAS, on November 18, 2011, this Court entered a Preliminary Order of Forfeiture,

ordering defendant, **MICHAEL LONG PARKERSON**, to forfeit:

(1)     **Hewlett Packard Pavilion, Model DV2500, serial number 2CK8143ZFC;**

(2)     **Samsung hard drive, serial number S16YJDQ300534;**

(3)     **Memorex Digital Versatile Disk (DVD) with no label;**

(4)     **Dell Dimension E310, serial number CROKL91;**

(5)     **Western Digital hard drive, serial number WD-WMAM9r545695;**

(6)     **Seagate external hard drive, serial number 2GEXPRX8;**

(7)     **Seagate hard drive, serial number 5VP2XOCD;**

(8)     **Seagate Free Agent external drive, serial number 2G312KVH;**

(9)     **Western Digital external hard drive, serial number WXEZ06649619;**

(10)    **Fujifilm Digital Camera, Model FinePix Z33WP, serial number 9U133606;**

(11)    **SanDisk 4 Gigabyte (GB) Secure Digital Hi-density Card (SDHC);**

(12)    **Blue and Silver Ativa 8GB thumb drive;**

(13)    **SanDisk Cruzer 1GB thumb drive;**

(14)    **Plastic case containing two Secure Digital (SD) cards;**

(15)    **Kadak 256 Megabyte (MB) SD cards;**

(16)    **PNY Technologies 2GB SD card;**

(17)    **Seagate internal 120 (GB) hard drive, serial number 5PL2AWP5;**

(18)    **Hewlett Packard Pavilion dv2000 laptop, serial number 2CE6392QK6;**

(19)    **Sony VAIO PCV-RX360DS desktop CPU, serial number 2CD6392QK**6;

(20)    **Seagate hard drive, serial number 7EF1243F; and**

(21)    **Dorling Kindersley Limited DVD labeled as "Dinosaur Atlas".**

and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov

notice of this forfeiture and of the intent of the United States to dispose of the property in accordance

with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third

parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the

validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to

forfeiture pursuant to Title 18 U.S.C. § 2253;

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

### PERSONAL PROPERTY

(1)    **Hewlett Packard Pavilion, Model DV2500, serial number 2CK8143ZFC;**

(2)    **Samsung hard drive, serial number S16YJDQ300534;**

(3)    **Memorex Digital Versatile Disk (DVD) with no label;**

(4)    **Dell Dimension E310, serial number CROKL91;**

(5)    **Western Digital hard drive, serial number WD-WMAM9r545695;**

(6)    **Seagate external hard drive, serial number 2GEXPRX8;**

(7)    **Seagate hard drive, serial number 5VP2XOCD;**

(8)    **Seagate Free Agent external drive, serial number 2G312KVH;**

(9)    **Western Digital external hard drive, serial number WXEZ06649619;**

(10)   **Fujifilm Digital Camera, Model FinePix Z33WP, serial number 9U133606;**

(11)   **SanDisk 4 Gigabyte (GB) Secure Digital Hi-density Card (SDHC);**

(12)   **Blue and Silver Ativa 8GB thumb drive;**

(13)   **SanDisk Cruzer 1GB thumb drive;**

(14)   **Plastic case containing two Secure Digital (SD) cards;**

(15)   **Kadak 256 Megabyte (MB) SD cards;**

(16)   **PNY Technologies 2GB SD card;**

(17)   **Seagate internal 120 (GB) hard drive, serial number 5PL2AWP5;**

(18)   **Hewlett Packard Pavilion dv2000 laptop, serial number 2CE6392QK6;**

(19)   **Sony VAIO PCV-RX360DS desktop CPU, serial number 2CD6392QK6;**

(20)   **Seagate hard drive, serial number 7EF1243F; and**

(21)   **Dorling Kindersley Limited DVD labeled as "Dinosaur Atlas".**

are hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 2253;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest

to the property described above is hereby condemned, forfeited and vested in the United States of

America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order; and

SO ORDERED, this the 31st day of January, 2012.


s/David Bramlette
UNITED STATES DISTRICT JUDGE